PER CURIAM.
Affirmed. Aetna Life Insurance Co. v. Fruchter, 283 So.2d 36, 37 (Fla.1973); Grimm v. Prudence Mutual Casualty Co., 243 So.2d 140, 143 (Fla.1971); Dohr v. Smith, 104 So.2d 29, 32 (Fla.1958); Bourgeois v. Dade County, 99 So.2d 575, 577 (Fla.1957); Gallagher v. Federal Insurance Co., 346 So.2d 95, 96-97 (Fla. 3d DCA 1977); Hickman v. Employers’ Fire Insurance Co., 311 So.2d 778 (Fla. 4th DCA 1975); Dixie-Bell Oil Co. v. Gold, 275 So.2d 19, 21 (Fla. 3d DCA 1973); Ditlow v. Kaplan, 181 So.2d 226 (Fla. 3d DCA 1965); Blackwell v. Southern Florida Sanitarium and Hospital Corp., 174 So.2d 45, 47 (Fla. 3d DCA 1965).